IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| THE OHIO STATE UNIVERSITY, | : |
| Plaintiff | : |
| v. | : Case No. 2:16-cv-1052 |
| | : Judge Watson |
| CAFEPRESS INC., | : Magistrate Judge Vascura |
| Defendant. | : |

**STIPULATION OF DISMISSAL OF ALL CLAIMS AND COUNTERCLAIMS**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) and 41(c), Plaintiff, The Ohio State University, and Defendant, CafePress Inc. (collectively, the "Parties"), jointly stipulate that they have resolved all claims and counterclaims alleged in the matter, and that all claims and counterclaims are dismissed with prejudice. The Parties are to bear their own costs and attorneys' fees. The Court shall retain jurisdiction for the purpose of interpreting and enforcing the Settlement Agreement between the Parties.

Date: October 17, 2017                    Respectfully submitted,

*/s/Joseph R. Dreitler*_____     */s/*_____
Joseph R. Dreitler (#0012441)              Robert M. Morrow (#0012367)
Mary R. True (#0046880)                    LANE ALTON
DREITLER TRUE LLC                          Two Miranova Place, Suite 220
19 E. Kossuth Street                       Columbus, Ohio 43215
Columbus, Ohio 43206                       Phone: 614.233.4713
Phone: 614.449.6642                        Email: bmorrow@lanealton.com
E-mail: jdreitler@ustrademarklawyer.com
mtrue@ustrademarklawyer.com                Ian C. Ballon (admitted Pro Hac Vice)
                                           Lori Chang (admitted Pro Hac Vice)
*Attorneys for Plaintiff*                  GREENBERG TRAURIG, LLP
*The Ohio State University*                1840 Century Park East, 19th Floor
                                           Los Angeles, CA 90067-2121
                                           Phone: 310.586.7700

Email: Ballon@gtlaw.com
ChangL@gtlaw.com

*Attorneys for Defendant
CafePress Inc.*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of October, 2017, a copy of the foregoing was filed with the Clerk of Court electronically. Notice of this filing will be sent to all registered parties by operation of the Court's CM/ECF system.

/Mary R. True/_____
Mary R. True
